160 So. 920

## INTER-OCEAN CASUALTY CO. v. R. D. DEARMAN.
### I Div. 202.

Court of Appeals of Alabama.
April 16, 1935.

R. H. Coffin, of Mobile, for appellant.

D. P. Moore, of Mobile, for appellee.

SAMFORD, Judge.

Appeal dismissed.